Sandra A. Bober
Anne B. Sekel
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

William J. McKenna *(of counsel)*
Lauren M. Loew *(of counsel)*
FOLEY & LARDNER LLP
321 North Clark Street
Suite 2800
Chicago, IL 60654-5313
Tel: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Defendant Inland Real Estate Acquisitions Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------ X
CERUZZI HOLDINGS, LLC and
CERUZZI PHILIPSBURG, LLC,                                    :  Civil Action No.
                                                             :  3:09-cv-5440-MLC-DEA
                       Plaintiffs,                           :
                                                             :
         v.                                                  :
                                                             :
INLAND REAL ESTATE ACQUISITIONS INC. and                     :
INLAND WESTERN RETAIL REAL ESTATE TRUST, INC.                :
                                                             :
                       Defendants,                           :
------------------------------------------------------------------------ X

## INLAND REAL ESTATE ACQUISITIONS INC.'S MEMORANDUM IN SUPPORT OF ITS PARTIAL MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)

In support of its Partial Motion to Dismiss, and to best serve justice and avoid unnecessary or duplicative effort, time, or expense to the Court and the parties involved, Inland Real Estate Acquisitions Inc. ("IREA"), now adopts and joins in Defendant Inland Western

Retail Real Estate Trust, Inc.'s ("Inland Western") Partial Motion to Dismiss the Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Brief in Support of its Partial Motion to Dismiss in their entirety, including any and all contents, statements, and arguments. For all reasons stated in Inland Western's Motion and Brief in Support, IREA requests that this Court dismiss with prejudice Plaintiffs Ceruzzi Holdings, LLC's and Ceruzzi Phillipsburg, LLC's first, second, third, and sixth causes of action and strike paragraphs "A", "B", and "D" of the *ad damnun* clause from the Complaint.

Dated: December 23, 2009

      /s/ Anne B. Sekel
Sandra A. Bober
Anne B. Sekel
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

William J. McKenna *(of counsel)*
Lauren M. Loew *(of counsel)*
FOLEY & LARDNER LLP
321 North Clark Street
Suite 2800
Chicago, IL 60654-5313
Tel: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Defendant Inland Real Estate Acquisitions Inc.*

2