UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CERUZZI HOLDINGS, LLC and<br>CERUZZI PHILIPSBURG LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>INLAND REAL ESTATE<br>ACQUISITIONS INC. and INLAND<br>WESTERN RETAIL REAL<br>ESTATE TRUST, INC.,<br><br>        Defendants. | Civil Action No. 3:09-cv-05440<br><br>Hon. Mary L. Cooper |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between the parties that all claims asserted by plaintiffs Ceruzzi Holdings, LLC and Ceruzzi Philipsburg, LLC against defendants Inland Western Retail Real Estate Trust, Inc. and Inland Real Estate Acquisitions, Inc. in the above-captioned action are hereby dismissed *with prejudice* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own attorneys' fees and costs.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
Attorneys for Plaintiffs, Ceruzzi Holdings,
LLC and Ceruzzi Philipsburg, LLC

By: _____
    Steven R. Klein

Dated: March 25, 2011

**FOLEY AND LARDNER, LLP**
Attorneys for Defendant, Inland Real Estate
Acquisitions, Inc.

By: _____
    Anne Sekel

Dated: _____, 2011

**DLA PIPER LLP (US)**
Attorneys for Defendant, Inland Western
Retail Real Estate Trust, Inc.

By: _____
    Matthew A. Goldberg

Dated: _____, 2011

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CERUZZI HOLDINGS, LLC and<br>CERUZZI PHILIPSBURG LLC,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>INLAND REAL ESTATE<br>ACQUISITIONS INC. and INLAND<br>WESTERN RETAIL REAL<br>ESTATE TRUST, INC.,<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:　Civil Action No. 3:09-cv-05440<br>:<br>:　Hon. Mary L. Cooper<br>:<br>:<br>:<br>:<br>:<br>: |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between the parties that all claims asserted by plaintiffs Ceruzzi Holdings, LLC and Ceruzzi Philipsburg, LLC against defendants Inland Western Retail Real Estate Trust, Inc. and Inland Real Estate Acquisitions, Inc in the above-captioned action are hereby dismissed *with prejudice* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own attorneys' fees and costs.

| | |
|---|---|
| **COLE, SCHOTZ, MEISEL,**<br>**FORMAN & LEONARD, P.A.**<br>Attorneys for Plaintiffs, Ceruzzi Holdings,<br>LLC and Ceruzzi Philipsburg, LLC<br><br>_____<br>Steven R. Klein<br><br>Dated: _____, 2011 | **FOLEY AND LARDNER, LLP**<br>Attorneys for Defendant, Inland Real Estate<br>Acquisitions, Inc.<br><br>_/s/ Anne Sekel_____<br>Anne Sekel<br><br>Dated: March 23, 2011 |

**DLA PIPER LLP (US)**
Attorneys for Defendant, Inland Western
Retail Real Estate Trust, Inc.

_____
Matthew A. Goldberg

Dated: March ___, 2011

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CERUZZI HOLDINGS, LLC and CERUZZI PHILIPSBURG LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>INLAND REAL ESTATE ACQUISITIONS INC. and INLAND WESTERN RETAIL REAL ESTATE TRUST, INC.,<br><br>Defendants. | Civil Action No. 3:09-cv-05440<br><br>Hon. Mary L. Cooper |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties that all claims asserted by plaintiffs Ceruzzi Holdings, LLC and Ceruzzi Philipsburg, LLC against defendants Inland Western Retail Real Estate Trust, Inc. and Inland Real Estate Acquisitions, Inc in the above-captioned action are hereby dismissed *with prejudice* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own attorneys' fees and costs.

| | |
|---|---|
| **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**<br>Attorneys for Plaintiffs, Ceruzzi Holdings, LLC and Ceruzzi Philipsburg, LLC | **FOLEY AND LARDNER, LLP**<br>Attorneys for Defendant, Inland Real Estate Acquisitions, Inc. |
| _____<br>Steven R. Klein | _____<br>Anne Sekel |
| Dated: _____ ___, 2011 | Dated: March ___, 2011 |

**DLA PIPER LLP (US)**
Attorneys for Defendant, Inland Western Retail Real Estate Trust, Inc.

_____
Matthew A. Goldberg

Dated: March 23, 2011